1

2

3

4

5                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
6                            AT SEATTLE

7   ALONZO JAMICHAEL SEVERSON

8                          Plaintiff,        CASE NO. 2:25-cv-01034-LK

9          v.                                **ORDER GRANTING**
                                             **APPLICATION TO PROCEED IN**
10  DISNEY, et al.,                          **FORMA PAUPERIS**

11                         Defendants.

12

13          Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

14  U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

    1915(e)(2)(B) before issuance of summons.
15
            The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court
16
    Judge.
17
            DATED this 5th day of June, 2025.
18

19

20                                           _____
                                             BRIAN A. TSUCHIDA
21                                           United States Magistrate Judge

22

23