Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington
_____ Division

Alonzo Jamichael Severson
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Vivendi
Major League Baseball
Disney, Universal Music Group.
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:25-W-01034-LK
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

MAY 30 2025    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Alonzo Jamichael Severson
Address: 5010 SW 317th Ln Apt T303
Federal Way, WA 98023
City / State / Zip Code

County:
Telephone Number:
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Disney
Job or Title (if known):
Address: 500 South, Buena Vista Street
Burbank, CA 91526
City / State / Zip Code
County: LA County
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Universal Music Group
Job or Title (if known):
Address: 2220 Colorado Ave
Santa Monica, CA 90404
City / State / Zip Code
County: LA county
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Defendant No. 3
Name: Major League Baseball
Job or Title (if known):
Address: 1271 Avenue of Americas
City: New York   State: NY   Zip Code: 10020
County:
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity    [X] Official capacity

Defendant No. 4
Name: Vivendi
Job or Title (if known):
Address: 42 Ave de Friedland
City: PARIS   State: FRANCE   Zip Code: 75008
County:
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity    [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

IP Act of 2008
110th Congress Public Law 110-403

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Theft of Intellectual Property - Defendants use stolen property to gain money and success, and did so,

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

King County Jail

B. What date and approximate time did the events giving rise to your claim(s) occur?

2016 - 2017

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Loss of Life, Loss of Life's Work

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Health to this day:
PTSD
Insomia
Social Anxiety
Vast Paranoia
Loss of family and friend
Deep Depression

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For crimes of:
Copyright Infringement
Patent Infringement
Trade mark Infringemet

I, Alonzo Jamichael Siverson as request the amount of :-
Disney: ten trillion dollars
$10,000,000,000,000

Major League Baseball: ten trillion dollars
$10,000,000,000,000

Universal Music Group: ten trillion dollars
$10,000,000,000,000

Vivendi: ten trillion dollars
$10,000,000,000,000

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May, 30, 2025

Signature of Plaintiff: *[signature]* UCC 1-308
Printed Name of Plaintiff: Alonzo Jeverson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                  *City*                *State*       *Zip Code*

Telephone Number
E-mail Address

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Alonzo Severson

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ALONZO SEVERSON
1733 Grove st
Bremerton WA USA 98311

Date of Filing : 03/23/2020
Time of Filing : 02:23:00 AM
File Number   : 2020-083-2044-3
Lapse Date    : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ALONZO JAMICHAEL SEVERSON | | | | |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1733 Grove st | Bremerton | WA | 98311 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Severson | Alonzo | | Alonzo Severson | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6969 Provost rd nw | Bremerton | WA | [98312] | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

This is the entry of the collateral entry record owner: Alonzo Jamichael Severson, and Debtor; ALONZO JAMICHAEL SEVERSON , in the Commercial Chamber under the necessity and the following property is hereby registered in the same: All Certificates of Birth Document #1000842 as herein likened and claimed at a sum certain $100,000,000.00, Washington state Driver License #SEVERAJ095L3, WA IDENTIFICATION CARD# WDL4T859C63B UCC Contract Trust Account# ×××-××-7018 Exemption ID# G21737777,AUTOTRIS AND CUSIP# XXX-XX-7018, Security Agreement # 121619-1-s/a, Power of

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

Continuation of section 4 collateral

4. This FINANCING STATEMENT covers the following collateral:

attorney item # 121619-2 (HHIA)Hold Harmless and Indemnity# 05222019-AAJS,Copyright notice # 052507CLC. Said registration to secure rights, title(s) and interest in and of the Root of Title and Birth Certificate #1000842 as received by GEORGIA DEPARTMENT OF HEALTH AND WELFARE (Division of Vital Statistics) DNA ,retina scans, and all debentures, indentures, Accounts and all the Pledges represented by same included by, not limited to the pignus,hypothetical, hereditments, res,the energy and all products derived therefrom,nunc pro tunc, but not limited to all capitalized names, ALONZO JAMICHAEL SEVERSON, ALONZO J SEVERSON, AJS, AS, and SEVERSON, ALONZO.