UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO JAMICHAEL SEVERSON,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>DISNEY, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:25-cv-01034-LK<br><br>ORDER DISMISSING CASE |

　　This matter comes before the Court sua sponte. On August 21, 2025, the Court dismissed pro se Plaintiff Alonzo Jamichael Severson's complaint but granted him leave to file an amended complaint "provid[ing] the factual basis for his claims as required by Federal Rule of Civil Procedure 8" by September 11, 2025. Dkt. No. 6 at 2–3. Because Mr. Severson has failed to file a timely amended complaint, the Court DISMISSES his case without prejudice.

　　Dated this 15th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING CASE - 1